CORPORATION, Appellant.— Order in so far as it denies motion to strike out certain allegations contained in the amended complaint affirmed, with ten dollars costs and disbursements. In so far as it denies motion to extend time to answer, order reversed upon the law and the facts, without costs, and motion granted, without costs; defendant to answer within twenty days from service of a copy of the order herein. In the circumstances an extension of time to answer should have been granted. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

MATHILDA STEINBACH, Respondent, v. SERVICE REALTY COMPANY and 106–108 FULTON STREET CORPORATION, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

BENEDETTO TERCOSI, Respondent, v. MICHAEL BIGUS and Others, Appellants, and ANNIE KLEIN, Doing Business, etc., Respondent.— Judgment modified by striking out the sum of $180.05 granted plaintiff as an extra allowance, and as so modified judgment unanimously affirmed, without costs. We think this allowance was not justified in this case, and, therefore, reverse so much of conclusion of law numbered XIV as includes this allowance. The amount of recovery follows closely appellants' own figures, totaling $3,982.70, but this represents only the cost of the labor and materials, to which should be added the contractor's ten per cent, thus totaling $4,380.97; deducting therefrom $2,300, admittedly paid on account, leaves a balance of $2,080.97. To this must be added the Klein lien of $530, which amount plaintiff is obligated to pay out of his own recovery. The total, therefore, is $2,610.97, being approximately $10 over and above the amount awarded by the official referee. We find no error in the computation of which the appellants can complain, but reverse the official referee's refusal to find that plaintiff had been paid the sum of $2,300 on account, as we regard such refusal to have been purely inadvertent. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ. Settle order on notice.

CLARA WEISSMAN, Respondent, Appellant, v. ISRAEL CRAMER, Appellant, and JOSEPH BREINES, Respondent.— On appeal by defendant Cramer, judgment and order unanimously affirmed, without costs. On appeal by plaintiff, order denying motion to set aside verdict in favor of defendant Breines unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty, and Carswell, JJ.

JOSEPH WEISSMAN, Respondent, Appellant, v. ISRAEL CRAMER, Appellant, and JOSEPH BREINES, Respondent.— On appeal by defendant Cramer, judgment and order unanimously affirmed, with costs. On appeal by plaintiff, order denying motion to set aside verdict in favor of defendant Breines unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

MORRIS WEISSMAN, an Infant, by JOSEPH WEISSMAN, His Guardian ad Litem, Respondent, Appellant, v. ISRAEL CRAMER, Appellant, and JOSEPH BREINES, Respondent.— On appeal by defendant Cramer, judgment and order unanimously affirmed, without costs. On appeal by plaintiff, order denying motion to set aside verdict in favor of defendant Breines unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of JAMES W. HICKS, an Attorney.— Motion to confirm report of official referee granted and respondent suspended from the practice of the law